IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Samuel R. Campbell, Jr., | : | Case No.  18-21126 GLT |
| | : | |
| Debtor. | : | Document No. 47 |
| | : | |
| | : | Related to Document No. 46 |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT AND
NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Daniel R. White, Attorney for Debtors, certify that on August 25, 2021, I served a copy of the Court's August 24, 2021, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at Old Dominion Freight Lines, Attn: Payroll Manager, 500 Old Dominion Way, Thomasville, NC 27360.

Method of service: first class mail, postage prepaid.

Total number of parties served: 1

Date executed: August 25, 2021

                                                       ZEBLEY MEHALOV & WHITE, P.C.
                                                       BY

                                                       /s/ Daniel R. White
                                                          Daniel R. White
                                                          PA I.D. No. 78718
                                                          P.O. Box 2123
                                                          Uniontown, PA 15401
                                                          724-439-9200
                                                          Email: dwhite@Zeblaw.com
                                                          Attorneys for Debtors