File No.: 11733

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Samuel R. Campbell Jr. And Bonnie J. Campbell, | : | Case No. 18-21126 GLT |
| | : | |
| | : | Document No. |
| Debtors. | : | |
| | : | Related to Document No. 58 |
| Samuel R. Campbell, | | |
| Movant, | | |
| Old Dominion Freight Lines and Ronda J. Winnecour, | | |
| Respondents. | | |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT AND
NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Daniel R. White, Attorney for Debtors, certify that on October 3, 2022, I served a copy of the Court's September 29, 2022, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at, Old Dominion Freight Lines, Attn: Payroll Manager, 500 Old Dominion Way, Thomasville, NC 27360.

Method of service: first class mail, postage prepaid.

Total number of parties served: 1

Date executed: October 3, 2022

ZEBLEY MEHALOV & WHITE, P.C.
BY

/s/ Daniel R. White
Daniel R. White
PA I.D. No. 78718
P.O. Box 2123
Uniontown, PA 15401
724-439-9200
Email: dwhite@Zeblaw.com
Attorneys for Debtors