**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

01/06/2023

IN RE:

SAMUEL R. CAMPBELL  JR.
BONNIE J. CAMPBELL
204 DAVID DRIVE
UNIONTOWN, PA  15401
XXX-XX-8179           Debtor(s)

XXX-XX-7651

Case No.18-21126 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/6/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Creditor Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WALMART/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 8447 |
| **ALLY BANK(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Trustee Claim Number: 2   INT %: 4.99%<br>Court Claim Number: 1<br>CLAIM: 31,132.56<br>COMMENT: $/CL-PL@4.99%@ALLY FNCL/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 3141 |
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br>HERMITAGE, PA 16148 | Trustee Claim Number: 3   INT %: 5.00%<br>Court Claim Number: 17<br>CLAIM: 3,841.08<br>COMMENT: $/CL-PL@5%/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 7185 |
| **FREEDOM MORTGAGE CORPORATION**<br>ATTN PAYMENT PROCESSING<br>10500 KINCAID DR<br>FISHERS, IN 46037 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DK4PMT-LMT*BGN 4/18 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 4603 |
| **HARLEY DAVIDSON CREDIT CORP***<br>BOX 15129<br>PALATINE, IL 60055-5129 | Trustee Claim Number: 5   INT %: 5.00%<br>Court Claim Number: 5<br>CLAIM: 35,287.72<br>COMMENT: $/CL-PL@5%/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 4230 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 274.00<br>COMMENT: 8179,7651*17/SCH-PL*$@0%/PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 8179 |
| **LAUREL HIGHLANDS SD & S UNION TWP (EIT)**<br>C/O SWRTB - DLNQ CLLCTR<br>ONE CENTENNIAL WAY<br>SCOTTDALE, PA 15683-1741 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 239.78<br>COMMENT: 7651;17*$@0%/CL-PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 7651 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 2,273.40<br>COMMENT: SYNCHRONY/AMAZON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5930 |
| **BANK OF AMERICA NA****<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 9,884.33<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6522 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 3,513.67<br>COMMENT: CITIBANK/BEST BUY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5255 |

| Creditor | Claim Info | Details |
|---|---|---|
| **CAPITAL ONE**\*\*<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC  28269 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6422 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:10<br><br>CLAIM:  689.16<br>COMMENT:  CARE CREDIT/SCH\*SYNCHRONY\*LOAN OPEN 9/13/17 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9059 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br><br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:13<br><br>CLAIM:  7,008.67<br>COMMENT:  CITIBANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2412 |
| **US DEPARTMENT OF EDUCATION**<br>C/O FEDLOAN SERVICING<br>PO BOX 790234<br><br>ST LOUIS, MO  63179 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:2-2<br><br>CLAIM:  10,948.48<br>COMMENT:  AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7651 |
| **FIFTH THIRD BANK**<br>ATTN CONSUMER BKRPTCY PMT DIVISION\*\*<br>1830 EAST PARIS SE MS#RSCB3E<br><br>GRAND RAPIDS, MI  49546 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:3<br><br>CLAIM:  9,473.31<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3576 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br><br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:9<br><br>CLAIM:  859.23<br>COMMENT:  SYNCHRONY/JCP | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8740 |
| **PNC BANK NA**<br>PO BOX 94982<br><br>CLEVELAND, OH  44101 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:16<br><br>CLAIM:  19,969.54<br>COMMENT:  NCB | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3538 |
| **US BANK NA**\*\*<br>PO BOX 5227<br><br>CINCINNATI, OH  45201-5227 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:4<br><br>CLAIM:  5,428.15<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2968 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BANK**<br>PO BOX 788<br><br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:11<br><br>CLAIM:  1,065.57<br>COMMENT:  VENUS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2066 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br><br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:8<br><br>CLAIM:  1,228.65<br>COMMENT:  SYNCHRONY/WALMART | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8447 |

| | | |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE** | Trustee Claim Number:21  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 248838 | Court Claim Number:12 | ACCOUNT NO.: 0001 |
| | CLAIM: 279.81 | |
| OKLAHOMA CITY, OK  73124-8838 | COMMENT: NT/SCH*INSUFF POD | |
| | | |
| **BRIAN C NICHOLAS ESQ** | Trustee Claim Number:22  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT: FREEDOM MORT CORP/PRAE | |
| | | |
| **FREEDOM MORTGAGE CORPORATION** | Trustee Claim Number:23  INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| ATTN PAYMENT PROCESSING | Court Claim Number:14 | ACCOUNT NO.: 4603 |
| 10500 KINCAID DR | | |
| | CLAIM: 922.34 | |
| FISHERS, IN  46037 | COMMENT: $/CL-PL*THRU 3/18 | |
| | | |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** | Trustee Claim Number:24  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| ATTN BANKRUPTCY NOTICING | Court Claim Number: | ACCOUNT NO.: |
| 4515 N SANTA FE AVE DEPT APS | | |
| | CLAIM: 0.00 | |
| OKLAHOMA CITY, OK  73118 | COMMENT: ALLY BANK/PRAE | |
| | | |
| **BROCK & SCOTT PLLC** | Trustee Claim Number:25  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 302 FELLOWSHIP RD STE 130 | Court Claim Number: | ACCOUNT NO.: |
| | | |
| | CLAIM: 0.00 | |
| MT LAUREL, NJ  08054 | COMMENT: FREEDOM MORT/PRAE | |

Case 18-21126-GLT    Doc 63    Filed 01/06/23    Entered 01/06/23 13:58:07    Desc
Page 5 of 5