Form 604

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Samuel R. Campbell Jr.** | : | Case No. 18–21126–GLT |
| **aka Samuel R. Campbell** | : | Chapter: 13 |
| **Bonnie J. Campbell** | : | |
| **fka Bonnie J. Fuller** | : | |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | Related to Document No. 72 |
| *Movant(s),* | : | |
| | : | Hearing Date: 8/9/23 at 11:00 AM |
| v. | : | |
| **No Respondents** | : | |
| *Respondent(s).* | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

        *AND NOW*, this ***The 26th of May, 2023***, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 72 by the Chapter 13 Trustee,

        It is hereby ***ORDERED, ADJUDGED*** and ***DECREED*** that:

        (1)  ***On or before July 10, 2023***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

        (2)  This Motion is scheduled for hearing on ***August 9, 2023 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non–evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge–taddonios–video–conference–hearing–information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt–proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

        (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court ***may*** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

        (4)  Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing.*

 

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 18-21126-GLT

Samuel R. Campbell, Jr.                                                    Chapter 13

Bonnie J. Campbell

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 26, 2023 | Form ID: 604 | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Samuel R. Campbell, Jr., Bonnie J. Campbell, 204 David Drive, Uniontown, PA 15401-5348 |
| 14798330 | | FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14874936 | + | Laurel Highlands School District/South Union, Township, C/O Southwest Regional Tax Bureau, One Centennial Way, Scottdale, PA 15683-1741 |
| 14798336 | | PNC Cardmember Services, P.O. Box 3429, Pittsburgh, PA 15230-3429 |
| 14813885 | + | SU Township, Laurel Highlands SD, c/o SWRTB, One Centennial Way, Scottdale, PA 15683-1741 |
| 14806465 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 27 2023 00:58:51 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14801686 | | Email/Text: ally@ebn.phinsolutions.com | May 27 2023 00:44:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14798323 | | Email/Text: ally@ebn.phinsolutions.com | May 27 2023 00:44:00 | Ally Financial, P.O. Box 130424, Roseville, MN 55113-0004 |
| 14798324 | | Email/PDF: gecsedi@recoverycorp.com | May 27 2023 01:12:30 | Amazon.com/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14798325 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 27 2023 00:44:00 | Bank of America, P.O. Box 982235, El Paso, TX 79998-2235 |
| 14858725 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 27 2023 00:45:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14798326 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2023 00:58:53 | Best Buy Credit Services, P.O. Box 790441, Saint Louis, MO 63179-0441 |
| 14798327 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 27 2023 00:59:47 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14798328 | | Email/PDF: gecsedi@recoverycorp.com | May 27 2023 01:11:30 | CareCredit/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965061, Orlando, FL 32896-5061 |
| 14798329 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2023 01:26:14 | Citi Diamond Preferred Card, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14809114 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | May 27 2023 00:44:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14798331 | | Email/Text: collectionbankruptcies.bancorp@53.com | May 27 2023 00:46:00 | Fifth Third Bank, Customer Service MD 1M0C2G, 5050 Kinglsey Drive, Cincinnati, OH 45227-1115 |
| 14798332 | | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | | |

District/off: 0315-2                    User: auto                                        Page 2 of 3
Date Rcvd: May 26, 2023                 Form ID: 604                              Total Noticed: 38

| | | May 27 2023 00:44:00 | First National Bank of PA, 4140 East State Street, Hermitage, PA 16148-3487 |
|---|---|---|---|
| 14859978 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 27 2023 00:44:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14798333 | Email/Text: Bankruptcy@Freedommortgage.com | May 27 2023 00:45:00 | Freedom Mortgage, P.O. Box 50428, Indianapolis, IN 46250-0401 |
| 14857820 | + Email/Text: Bankruptcy@Freedommortgage.com | May 27 2023 00:45:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14827023 | + Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | May 27 2023 00:44:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14798334 | Email/Text: bankruptcy.notices@hdfsi.com | May 27 2023 00:46:00 | Harley-Davidson Credit Corp., P.O. Box 22048, Carson City, NV 89721-2048 |
| 14798335 | Email/PDF: gecsedi@recoverycorp.com | May 27 2023 01:13:37 | J C Penney/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14857160 | Email/PDF: resurgentbknotifications@resurgent.com | May 27 2023 01:12:51 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14813884 | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 27 2023 00:45:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14859108 | Email/Text: Bankruptcy.Notices@pnc.com | May 27 2023 00:44:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 14849480 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 27 2023 00:59:27 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14799573 | + Email/PDF: rmscedi@recoverycorp.com | May 27 2023 01:12:31 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14850861 | Email/Text: bnc-quantum@quantum3group.com | May 27 2023 00:45:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14852939 | Email/Text: bnc-quantum@quantum3group.com | May 27 2023 00:45:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14812287 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 27 2023 00:45:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14798337 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 27 2023 00:45:00 | US Bank, Cardmember Service, P.O. Box 6335, Fargo, ND 58125-6335 |
| 15570565 | + Email/Text: EBN@edfinancial.com | May 27 2023 00:44:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14798338 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 27 2023 00:45:00 | Venus/Comenity Bank, Attn: Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14853328 | Email/PDF: ebn_ais@aisinfo.com | May 27 2023 00:59:40 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14798339 | Email/PDF: gecsedi@recoverycorp.com | May 27 2023 01:13:30 | Walmart MasterCard/Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: May 26, 2023 | Form ID: 604 | Total Noticed: 38

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2023              Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Debtor Samuel R. Campbell  Jr. lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Daniel R. White | on behalf of Joint Debtor Bonnie J. Campbell lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6