**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

SAMUEL R. CAMPBELL JR.
BONNIE J. CAMPBELL
    Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
    Movant
    vs.
No Respondents.

Case No.:18-21126

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 25, 2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/26/2018 and confirmed on 5/24/18 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 182,430.00 |
| Less Refunds to Debtor | 4,669.02 | |
| TOTAL AMOUNT OF PLAN FUND | | 177,760.98 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,500.00 | |
|    Trustee Fee | 8,577.28 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 12,077.28 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FREEDOM MORTGAGE CORPORATION | 0.00 | 80,862.84 | 0.00 | 80,862.84 |
|     Acct: 4603 | | | | |
|   FREEDOM MORTGAGE CORPORATION | 922.34 | 922.34 | 0.00 | 922.34 |
|     Acct: 4603 | | | | |
|   ALLY BANK(*) | 31,132.56 | 31,132.56 | 4,196.24 | 35,328.80 |
|     Acct: 3141 | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 3,841.08 | 3,841.08 | 147.53 | 3,988.61 |
|     Acct: 7185 | | | | |
|   HARLEY DAVIDSON CREDIT CORP* | 35,287.72 | 35,287.72 | 4,779.60 | 40,067.32 |
|     Acct: 4230 | | | | |
| | | | | 161,169.91 |
| **Priority** | | | | |
|   DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SAMUEL R. CAMPBELL  JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SAMUEL R. CAMPBELL  JR. | 4,669.02 | 4,669.02 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZEBLEY MEHALOV & WHITE PC | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF REVENUE* | 274.00 | 274.00 | 0.00 | 274.00 |
|     Acct: 8179 | | | | |
|   LAUREL HIGHLANDS SD & S UNION TWP | 239.78 | 239.78 | 0.00 | 239.78 |
|     Acct: 7651 | | | | |
| | | | | 513.78 |
| **Unsecured** | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 2,273.40 | 125.22 | 0.00 | 125.22 |
|     Acct: 5930 | | | | |
|   BANK OF AMERICA NA** | 9,884.33 | 544.43 | 0.00 | 544.43 |
|     Acct: 6522 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 3,513.67 | 193.53 | 0.00 | 193.53 |
|     Acct: 5255 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 6422 | | | | |
|    PORTFOLIO RECOVERY ASSOCIATES, LL | 689.16 | 37.96 | 0.00 | 37.96 |
| Acct: 9059 | | | | |
|    LVNV FUNDING LLC, ASSIGNEE | 7,008.67 | 386.04 | 0.00 | 386.04 |
| Acct: 2412 | | | | |
|    US DEPARTMENT OF EDUCATION | 10,948.48 | 603.04 | 0.00 | 603.04 |
| Acct: 7651 | | | | |
|    FIFTH THIRD BANK | 9,473.31 | 521.79 | 0.00 | 521.79 |
| Acct: 3576 | | | | |
|    QUANTUM3 GROUP LLC AGNT - MOMA FU | 859.23 | 47.33 | 0.00 | 47.33 |
| Acct: 8740 | | | | |
|    PNC BANK NA | 19,969.54 | 1,099.92 | 0.00 | 1,099.92 |
| Acct: 3538 | | | | |
|    US BANK NA** | 5,428.15 | 298.98 | 0.00 | 298.98 |
| Acct: 2968 | | | | |
|    QUANTUM3 GROUP LLC AGNT - COMENIT | 1,065.57 | 58.69 | 0.00 | 58.69 |
| Acct: 2066 | | | | |
|    QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,228.65 | 67.67 | 0.00 | 67.67 |
| Acct: 8447 | | | | |
|    VERIZON BY AMERICAN INFOSOURCE LP | 279.81 | 15.41 | 0.00 | 15.41 |
| Acct: 0001 | | | | |
|    SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8447 | | | | |
|    BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    BROCK & SCOTT PLLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 4,000.01 |

| | | |
|---|---|---:|
| **TOTAL PAID TO CREDITORS** | | 165,683.70 |

TOTAL CLAIMED
PRIORITY              513.78
SECURED            71,183.70
UNSECURED          72,621.97

Date: 05/25/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    SAMUEL R. CAMPBELL JR.
    BONNIE J. CAMPBELL
        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.: 18-21126

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21126-GLT |
| Samuel R. Campbell, Jr. | Chapter 13 |
| Bonnie J. Campbell | |
| Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 3
Date Rcvd: May 26, 2023  Form ID: pdf900  Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Samuel R. Campbell, Jr., Bonnie J. Campbell, 204 David Drive, Uniontown, PA 15401-5348 |
| 14798330 | | FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14874936 | + | Laurel Highlands School District/South Union, Township, C/O Southwest Regional Tax Bureau, One Centennial Way, Scottdale, PA 15683-1741 |
| 14798336 | | PNC Cardmember Services, P.O. Box 3429, Pittsburgh, PA 15230-3429 |
| 14813885 | + | SU Township, Laurel Highlands SD, c/o SWRTB, One Centennial Way, Scottdale, PA 15683-1741 |
| 14806465 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 27 2023 00:59:03 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14801686 | | Email/Text: ally@ebn.phinsolutions.com | May 27 2023 00:44:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14798323 | | Email/Text: ally@ebn.phinsolutions.com | May 27 2023 00:44:00 | Ally Financial, P.O. Box 130424, Roseville, MN 55113-0004 |
| 14798324 | | Email/PDF: gecsedi@recoverycorp.com | May 27 2023 01:12:46 | Amazon.com/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14798325 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 27 2023 00:44:00 | Bank of America, P.O. Box 982235, El Paso, TX 79998-2235 |
| 14858725 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 27 2023 00:45:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14798326 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2023 00:59:35 | Best Buy Credit Services, P.O. Box 790441, Saint Louis, MO 63179-0441 |
| 14798327 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 27 2023 01:26:20 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14798328 | | Email/PDF: gecsedi@recoverycorp.com | May 27 2023 01:27:27 | CareCredit/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965061, Orlando, FL 32896-5061 |
| 14798329 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2023 00:59:24 | Citi Diamond Preferred Card, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14809114 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | May 27 2023 00:44:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14798331 | | Email/Text: collectionbankruptcies.bancorp@53.com | May 27 2023 00:46:00 | Fifth Third Bank, Customer Service MD 1M0C2G, 5050 Kinglsey Drive, Cincinnati, OH 45227-1115 |
| 14798332 | | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 26, 2023 | Form ID: pdf900 | Total Noticed: 38 |

| | | | |
|---|---|---|---|
| | | May 27 2023 00:44:00 | First National Bank of PA, 4140 East State Street, Hermitage, PA 16148-3487 |
| 14859978 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 27 2023 00:44:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14798333 | Email/Text: Bankruptcy@Freedommortgage.com | May 27 2023 00:45:00 | Freedom Mortgage, P.O. Box 50428, Indianapolis, IN 46250-0401 |
| 14857820 | + Email/Text: Bankruptcy@Freedommortgage.com | May 27 2023 00:45:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14827023 | + Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | May 27 2023 00:44:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14798334 | Email/Text: bankruptcy.notices@hdfsi.com | May 27 2023 00:46:00 | Harley-Davidson Credit Corp., P.O. Box 22048, Carson City, NV 89721-2048 |
| 14798335 | Email/PDF: gecsedi@recoverycorp.com | May 27 2023 01:13:10 | J C Penney/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14857160 | Email/PDF: resurgentbknotifications@resurgent.com | May 27 2023 00:59:38 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14813884 | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 27 2023 00:45:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14859108 | Email/Text: Bankruptcy.Notices@pnc.com | May 27 2023 00:44:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 14849480 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 27 2023 00:58:55 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14799573 | + Email/PDF: rmscedi@recoverycorp.com | May 27 2023 01:38:59 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14850861 | Email/Text: bnc-quantum@quantum3group.com | May 27 2023 00:45:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14852939 | Email/Text: bnc-quantum@quantum3group.com | May 27 2023 00:45:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14812287 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 27 2023 00:45:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14798337 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 27 2023 00:45:00 | US Bank, Cardmember Service, P.O. Box 6335, Fargo, ND 58125-6335 |
| 15570565 | + Email/Text: EBN@edfinancial.com | May 27 2023 00:44:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14798338 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 27 2023 00:45:00 | Venus/Comenity Bank, Attn: Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14853328 | Email/PDF: ebn_ais@aisinfo.com | May 27 2023 00:59:24 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14798339 | Email/PDF: gecsedi@recoverycorp.com | May 27 2023 01:12:47 | Walmart MasterCard/Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 26, 2023 | Form ID: pdf900 | Total Noticed: 38 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2023              Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Debtor Samuel R. Campbell Jr. lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Daniel R. White | on behalf of Joint Debtor Bonnie J. Campbell lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6