**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Samuel R. Campbell Jr.<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–8179<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Bonnie J. Campbell<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–7651<br>EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:  18–21126–GLT

## Order of Discharge        12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Samuel R. Campbell Jr.                Bonnie J. Campbell
aka Samuel R. Campbell                fka Bonnie J. Fuller

7/17/23                               **By the court:** Gregory L Taddonio
                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21126-GLT |
| Samuel R. Campbell, Jr. | Chapter 13 |
| Bonnie J. Campbell | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jul 17, 2023 | Form ID: 3180W | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Samuel R. Campbell, Jr., Bonnie J. Campbell, 204 David Drive, Uniontown, PA 15401-5348 |
| 14798330 | | FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14874936 | + | Laurel Highlands School District/South Union, Township, C/O Southwest Regional Tax Bureau, One Centennial Way, Scottdale, PA 15683-1741 |
| 14798336 | | PNC Cardmember Services, P.O. Box 3429, Pittsburgh, PA 15230-3429 |
| 14813885 | + | SU Township, Laurel Highlands SD, c/o SWRTB, One Centennial Way, Scottdale, PA 15683-1741 |
| 14806465 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jul 18 2023 04:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 18 2023 00:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jul 18 2023 04:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 18 2023 00:40:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Jul 18 2023 04:38:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14801686 | | EDI: GMACFS.COM | Jul 18 2023 04:35:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14798323 | | EDI: GMACFS.COM | Jul 18 2023 04:35:00 | Ally Financial, P.O. Box 130424, Roseville, MN 55113-0004 |
| 14798324 | | EDI: RMSC.COM | Jul 18 2023 04:35:00 | Amazon.com/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14798325 | | EDI: BANKAMER.COM | Jul 18 2023 04:35:00 | Bank of America, P.O. Box 982235, El Paso, TX 79998-2235 |
| 14858725 | + | EDI: BANKAMER2.COM | Jul 18 2023 04:38:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14798326 | + | EDI: CITICORP.COM | Jul 18 2023 04:35:00 | Best Buy Credit Services, P.O. Box 790441, Saint Louis, MO 63179-0441 |

Case 18-21126-GLT   Doc 78   Filed 07/19/23   Entered 07/20/23 00:28:03   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Jul 17, 2023 | Form ID: 3180W | Total Noticed: 40 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 14798327 | | EDI: CAPITALONE.COM | Jul 18 2023 04:35:00 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14798328 | | EDI: RMSC.COM | Jul 18 2023 04:35:00 | CareCredit/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965061, Orlando, FL 32896-5061 |
| 14798329 | + | EDI: CITICORP.COM | Jul 18 2023 04:35:00 | Citi Diamond Preferred Card, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14809114 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Jul 18 2023 00:40:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14798331 | | Email/Text: collectionbankruptcies.bancorp@53.com | Jul 18 2023 00:41:00 | Fifth Third Bank, Customer Service MD 1M0C2G, 5050 Kinglsey Drive, Cincinnati, OH 45227-1115 |
| 14798332 | | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 18 2023 00:40:00 | First National Bank of PA, 4140 East State Street, Hermitage, PA 16148-3487 |
| 14859978 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 18 2023 00:40:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14798333 | | Email/Text: Bankruptcy@Freedommortgage.com | Jul 18 2023 00:40:00 | Freedom Mortgage, P.O. Box 50428, Indianapolis, IN 46250-0401 |
| 14857820 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 18 2023 00:40:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14827023 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jul 18 2023 00:40:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14798334 | | Email/Text: bankruptcy.notices@hdfsi.com | Jul 18 2023 00:41:00 | Harley-Davidson Credit Corp., P.O. Box 22048, Carson City, NV 89721-2048 |
| 14798335 | | EDI: RMSC.COM | Jul 18 2023 04:35:00 | J C Penney/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14857160 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2023 01:02:11 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14813884 | | EDI: PENNDEPTREV | Jul 18 2023 04:38:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14813884 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 18 2023 00:40:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14859108 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 18 2023 00:40:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 14849480 | | EDI: PRA.COM | Jul 18 2023 04:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14799573 | + | EDI: RECOVERYCORP.COM | Jul 18 2023 04:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14850861 | | EDI: Q3G.COM | Jul 18 2023 04:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14852939 | | EDI: Q3G.COM | Jul 18 2023 04:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14812287 | | EDI: USBANKARS.COM | Jul 18 2023 04:38:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14798337 | | EDI: USBANKARS.COM | Jul 18 2023 04:38:00 | US Bank, Cardmember Service, P.O. Box 6335, Fargo, ND 58125-6335 |
| 15570565 | + | Email/Text: EBN@edfinancial.com | Jul 18 2023 00:40:00 | US Dept. of Education, 120 N. Seven Oaks Dr., |

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 17, 2023 | Form ID: 3180W | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| | | | | Knoxville, TN 37922-2359 |
| 14798338 | EDI: WFNNB.COM | Jul 18 2023 04:38:00 | | Venus/Comenity Bank, Attn: Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14853328 | EDI: AIS.COM | Jul 18 2023 04:38:00 | | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14798339 | EDI: RMSC.COM | Jul 18 2023 04:35:00 | | Walmart MasterCard/Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Debtor Samuel R. Campbell Jr. lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Daniel R. White | on behalf of Joint Debtor Bonnie J. Campbell lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6