IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
SAMUEL R. CAMPBELL JR.
BONNIE J. CAMPBELL
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-21126

Chapter 13

Document No.: 72

FILED
7/17/23 3:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### ORDER OF COURT

AND NOW, this **17th** day of **July**, 20**23**, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

DEFAULT ENTRY
Dated: 7/17/23

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE  hct

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21126-GLT |
| Samuel R. Campbell, Jr. | Chapter 13 |
| Bonnie J. Campbell | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 3
Date Rcvd: Jul 17, 2023  Form ID: pdf900  Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Samuel R. Campbell, Jr., Bonnie J. Campbell, 204 David Drive, Uniontown, PA 15401-5348 |
| 14798330 | | FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14874936 | + | Laurel Highlands School District/South Union, Township, C/O Southwest Regional Tax Bureau, One Centennial Way, Scottdale, PA 15683-1741 |
| 14798336 | | PNC Cardmember Services, P.O. Box 3429, Pittsburgh, PA 15230-3429 |
| 14813885 | + | SU Township, Laurel Highlands SD, c/o SWRTB, One Centennial Way, Scottdale, PA 15683-1741 |
| 14806465 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 18 2023 00:48:39 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14801686 | | Email/Text: ally@ebn.phinsolutions.com | Jul 18 2023 00:40:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14798323 | | Email/Text: ally@ebn.phinsolutions.com | Jul 18 2023 00:40:00 | Ally Financial, P.O. Box 130424, Roseville, MN 55113-0004 |
| 14798324 | | Email/PDF: gecsedi@recoverycorp.com | Jul 18 2023 01:02:12 | Amazon.com/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14798325 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 18 2023 00:40:00 | Bank of America, P.O. Box 982235, El Paso, TX 79998-2235 |
| 14858725 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 18 2023 00:40:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14798326 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 18 2023 01:02:00 | Best Buy Credit Services, P.O. Box 790441, Saint Louis, MO 63179-0441 |
| 14798327 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 18 2023 00:48:36 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14798328 | | Email/PDF: gecsedi@recoverycorp.com | Jul 18 2023 01:02:11 | CareCredit/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965061, Orlando, FL 32896-5061 |
| 14798329 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 18 2023 01:02:16 | Citi Diamond Preferred Card, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14809114 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Jul 18 2023 00:40:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14798331 | | Email/Text: collectionbankruptcies.bancorp@53.com | Jul 18 2023 00:41:00 | Fifth Third Bank, Customer Service MD 1M0C2G, 5050 Kinglsey Drive, Cincinnati, OH 45227-1115 |
| 14798332 | | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | | |

Case 18-21126-GLT   Doc 79   Filed 07/19/23   Entered 07/20/23 00:28:03   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 17, 2023 | Form ID: pdf900 | Total Noticed: 38 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14859978 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 18 2023 00:40:00 | First National Bank of PA, 4140 East State Street, Hermitage, PA 16148-3487 |
| 14798333 | | Email/Text: Bankruptcy@Freedommortgage.com | Jul 18 2023 00:40:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14857820 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 18 2023 00:40:00 | Freedom Mortgage, P.O. Box 50428, Indianapolis, IN 46250-0401 |
| 14827023 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jul 18 2023 00:40:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14798334 | | Email/Text: bankruptcy.notices@hdfsi.com | Jul 18 2023 00:40:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14798335 | | Email/PDF: gecsedi@recoverycorp.com | Jul 18 2023 00:41:00 | Harley-Davidson Credit Corp., P.O. Box 22048, Carson City, NV 89721-2048 |
| 14857160 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2023 01:02:12 | J C Penney/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14813884 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 18 2023 01:02:14 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14859108 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 18 2023 00:40:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14849480 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 18 2023 00:40:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 14799573 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 18 2023 00:49:11 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14850861 | | Email/Text: bnc-quantum@quantum3group.com | Jul 18 2023 00:51:31 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14852939 | | Email/Text: bnc-quantum@quantum3group.com | Jul 18 2023 00:40:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14812287 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 18 2023 00:40:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14798337 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 18 2023 00:40:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 15570565 | + | Email/Text: EBN@edfinancial.com | Jul 18 2023 00:40:00 | US Bank, Cardmember Service, P.O. Box 6335, Fargo, ND 58125-6335 |
| 14798338 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 18 2023 00:40:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14853328 | | Email/PDF: ebn_ais@aisinfo.com | Jul 18 2023 00:40:00 | Venus/Comenity Bank, Attn: Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14798339 | | Email/PDF: gecsedi@recoverycorp.com | Jul 18 2023 01:02:09 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| | | | Jul 18 2023 01:02:36 | Walmart MasterCard/Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Jul 17, 2023 | Form ID: pdf900 | Total Noticed: 38 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2023              Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Debtor Samuel R. Campbell Jr. lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Daniel R. White | on behalf of Joint Debtor Bonnie J. Campbell lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6